

**BARRON & NEWBURGER, PC**

Arthur Sanders
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

December 22, 2015

Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: GOLDMAN v NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC
      14-CV-06576

Dear Judge Pollak:

Please be advised that this office represents the defendant in the above captioned matter. I am pleased to report that the matter has now settled. I have drawn up the necessary settlement documents and I am sending them today to plaintiff's counsel.

The parties request 30 days to file the Stipulation of Dismissal.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders

as/ctw