UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x

YONASON GOLDMAN AND MIRIAM GOLDMAN,
On behalf of themselves and all
Other similarly situated consumers

                Plaintiffs',

   -against-

NATIONWIDE DEBT MANAGEMENT
SOLUTIONS, LLC,

                Defendant.
----------------------------------x

STIPULATION OF DISMISSAL

14- CV- 06576

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 01 2016 ★
BROOKLYN OFFICE

    WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC, with prejudice and without costs to any party.

YONASON GOLDMAN AND
MIRIAM GOLDMAN

_____
ADAM FISHBEIN, ESQ.
483 Chestnut Street
Cedarhurst, NY 11516
Attorney for plaintiff

NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC,

_____
ARTHUR SANDERS, ESQ.
30 South Main Street
New City, NY 10956
Attorney for defendant

So Ordered